ROYAL INDEMNITY COMPANY, Respondent, v. NEW YORK CASUALTY COMPANY, Appellant. Action to reform a contract of reinsurance and to enforce it as reformed. Judgment entered on a decision in favor of plaintiff, after trial at Special Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

IDA LOCKER and LOUIS LOCKER, Appellants, v. MORRIS SINGER, Respondent.— Action for personal injuries and for loss of services. Judgment entered on the verdict of a jury in favor of defendant, and order denying plaintiffs' motion to set aside verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

BETTY FINKELSTEIN, Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant.— Order denying plaintiff's motion for summary judgment, and order denying defendant's cross-motion for summary judgment, unanimously affirmed, without costs, as there are issues of fact that should await trial, and the legal issue involved should not be disposed of until disclosure of all relevant facts at the trial. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Petition of DANIEL SCISCENTI, Appellant, to Revoke Letters of Administration Heretofore Granted to ANGELINA SCISCENTI, Respondent, in the Estate of NICHOLAS SCISCENTI, Deceased.— Decree of the Surrogate's Court, Bronx county, dismissing the petition of Daniel Sciscenti to revoke letters of administration issued to Angelina Sciscenti upon the merits, unanimously affirmed, with costs. (See Smith v. Smith, 194 App. Div. 543.) Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ. [157 Misc. 499.]

UNION MORTGAGE COMPANY, Respondent, v. LEONARD W. EVENS, Appellant.— Interlocutory judgment entered on a decision directing defendant to account for all of his acts as agent of plaintiff during October and November, 1933, and that defendant account for the proceeds of rents received by him, and for all income, etc., after trial at Special Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JEWISH HOSPITAL ASSOCIATION OF PHILADELPHIA, Appellant, v. 910 WEST END AVENUE CORPORATION and Others, Defendants, Impleaded with STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK and Others, Respondents.— Order granting motion of defendants-respondents to dismiss the amended complaint as insufficient in law unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

BEN FLIGEL, Appellant, v. PLYMOUTH RUBBER Co., INC., Respondent, Impleaded with Another.— Action for damages for the alleged wilful and malicious injury to and destruction of plaintiff's business through the impairment of its bank credit. Plaintiff appeals from a judgment entered on a verdict for him of one dollar against defendant-respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID DAB, Appellant.— Judgment convicting defendant of selling an article stamped platinum without affixing a Federal trade mark (section 1637 of the Penal Law) unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.